# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Newell, et al

V.

USA

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   04cv594-JMA

[ ]  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[x]  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

This case is dismissed without prejudice................................................................................................

| February 6, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
|  | S/ R. Rhone |
|  | (By) Deputy Clerk |
|  | ENTERED ON February 6, 2007 |